UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LEWIS,

Plaintiff,

-against-

DR. ROBERT BENTIVEGNA, *et al.*,

Defendants.

7:25-CV-3632 (CS)

ORDER

CATHY SEIBEL, United States District Judge:

On September 25, 2025, the Court issued a *Valentin* order directing the AG to ascertain the identity and service address of "Nurse Alexandra" within 60 days. (ECF No. 15.) The AG has not responded to this order, and noted in Defendants' Answer that "[u]pon information and belief, named Defendant[] 'Nurse Alexandra' . . . ha[s] not been served." (ECF No. 20 at 1 n.1.)

Plaintiff filed a letter on December 16, 2025, requesting an additional 90 days to locate and serve the remaining Defendants. (ECF No. 24.) At the time the letter was written on December 8, 2025, proof of service had not yet been filed for three Defendants: Krystal Lewis-Heady, Nurse Debbyo, and Nurse Alexandra. (*Id.*) On December 11, 2025, however, service was returned executed for both Defendants Krystal Lewis-Heady and Nurse Debbyo, (ECF Nos. 22-23), leaving Nurse Alexandra as the only Defendant yet to be served.

The AG is again ordered to identify and provide the service address for Nurse Alexandra, which information must be provided to Plaintiff and the Court within 30 days from the date of this order. Once the Court has received this information, it will issue an order directing service on Nurse Alexandra at the address provided. Plaintiff's time to serve this Defendant is extended to 90 days after the date of this order.

The Court adjourns the conference currently scheduled in this case for December 22, 2025, which will be rescheduled once Nurse Alexandra has been identified and served.

**SO ORDERED.**

Dated: December 18, 2025
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.