UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LEWIS,

                        Plaintiff,

            -against-

DR. ROBERT BENTIVEGNA, *et al.*,

                        Defendants.

7:25-CV-3632 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

On December 18, 2025, the Court issued an order directing the Attorney General ("AG") to identify and provide the service address for the Defendant named as "Nurse Alexandra" within 30 days. (ECF No. 25.) On December 30, 2025, the AG filed a letter indicating that the individual whose name most nearly approximates "Nurse Alexandra" is R.N. Rose Aleandre. (ECF No. 26.) The letter also informed the Court that Nurse Aleandre's last known service address was at "Supplemental Health Care" and provided the address for that facility. (*Id.*) The Court thus issued an order of service directing the Clerk of Court to issue a summons for Nurse Aleandre and directing the United States Marshals Service to effect service at the address provided. (ECF No. 27.) On March 11, 2026, however, service on Nurse Aleandre was returned unexecuted, and the process receipt noted that she no longer works at Supplemental Health Care. (ECF No. 28.)

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and that defendant's service address. 121 F.3d 72, 76 (2d Cir. 1997). It is therefore ordered that the AG, as the attorney for and agent of DOCCS, must ascertain the correct service address for Nurse Aleandre and provide it to Plaintiff

and the Court within 30 days of the date of this order.  Once the Court has received this information, it will issue an order directing service on Nurse Aleandre at the new address.

**SO ORDERED.**

Dated: March 11, 2026
        White Plains, New York

_____
              CATHY SEIBEL, U.S.D.J.

**DEFENDANTS AND SERVICE ADDRESSES**

1. R.N. Rose Aleandre
   c/o Supplemental Health Care
   95 John Muir Drive, Suite 1
   Amherst, NY 14228

2. R.N. Debbie Oyedele
   c/o New York State Office of Mental Health
   Green Haven Correctional Facility
   594 Route 216
   Stormville, New York 12582-0010